UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICAH GODFREY,

       Plaintiff,

  v.

TONY ROSS, CITY OF TULELAKE, DAN SILVA, SISKITOU COUNTY, TRAVIS HALL, TERRY HARRIS, LAURA BELLASALMA, UNITED STATES OF AMERICA, ERIN MARTIN and ROSS MARKET,

       Defendants.
_____/

NO. CIV. 2:11-2308 WBS EFB

<u>ORDER TO CONTINUE HEARING</u>

----oo0oo----

       Two motions to dismiss the plaintiff's Complaint in this matter are currently pending before this court. Siskitou County's motion to dismiss is currently scheduled for oral arguments on November 7, 2011. (Docket No. 7.) City of Tulelake and Tony Ross's motion to dismiss is currently scheduled for oral arguments on November 21, 2011. (Docket No. 17.) Both motions to dismiss present the same arguments based on similar factual circumstances. The court believes that it would benefit the

1

parties and the court to hold a single hearing on these motions so as to ensure that all relevant information is presented in the first instance.  Accordingly, the court will vacate the hearing currently set for November 7, 2011, and instructs all relevant parties to be present for the hearing set for November 21, 2011.

      IT IS THEREFORE ORDERED that oral arguments scheduled on November 7, 2011, are hereby CONTINUED until November 21, 2011, at 2 p.m. in Courtroom 5.

DATED: November 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE