BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2743
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICAH GODFREY, | ) | CASE NO.: 2:11-cv-02308 WBS (EFB) |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| v. | ) | |
| UNITED STATES OF AMERICA, ET AL., | ) | |
| Defendants. | ) | |

Plaintiff MICAH GODFREY and Defendant the UNITED STATES OF AMERICA, of the above-entitled action, hereby agree and stipulate as follows:

1. In addition to other claims, Plaintiff has sued United States National Forest Service Rangers Travis Hall, Terry Harris, and Laura Bellasalma in their individual capacities for alleged violations of his rights under the United States Constitution.

2. Rangers Hall, Harris and Bellasalma are not currently represented by counsel, but they have submitted requests for representation to the United States Department of Justice.  The requests remain pending at this time.

3. Plaintiff takes the position that Rangers Hall, Harris and Bellasalma have

Stip and Proposed Order

been properly served with the summons and complaint in this matter and that the deadline for any responsive pleading is on or before January 24, 2012.  Counsel for the United States requested Plaintiff to extend the purported deadline for Rangers Hall, Harris and Bellasalma to file a responsive pleading 30 days to allow the Department of Justice to decide the pending requests for representation and for the individual defendants to obtain counsel.  Plaintiff agreed to the request.  Accordingly, Defendants Hall, Harris and Bellasalma's deadline to file a responsive pleading to Plaintiff's complaint, including but not limited to any defenses based on lack of service of process or insufficient service of process, shall be extended to February 24, 2012.

4. Additionally, the United States currently has a motion to dismiss pending.  Docket Entry (DE")   37.  Based on the Court's disposition of the motion, some or all of the claims pending against the United States might be dismissed, thus affecting whether or not the United States will need to file an answer and/or assert affirmative defenses.  The motion is currently set for hearing on February 13, 2012.  DE 37.

5. According to the Court's Scheduling Order, the parties are to serve initial disclosures pursuant to Fed. R. Civ. Pro. 26 by January 23, 2012.  DE 32.  In light of the United States' motion and the potential impact of the Court's disposition of the motion on the United States' potential Rule 26 disclosures, Plaintiff and the United States agree to extend the United States' deadline to file the disclosures until 10 days after the Court's disposition of the motion.

6. Plaintiff and the United States submit that this stipulation is based on good cause and not for the purpose of delay.

**IT IS SO STIPULATED.**

Stip and Proposed Order

//

Respectfully Submitted,

DATED: January 19, 2012  BENJAMIN B. WAGNER
United States Attorney

*/s/ Jason Ehrlinspiel*
By: JASON EHRLINSPIEL
Assistant United States Attorney

Attorneys for the United States of America

DATED:  January 19, 2012  FRANCK & ACCOCIATES

*/s/ Herman Franck*
BY: HERMAN FRANCK

Attorneys for Plaintiff

## ORDER

**IT IS HEREBY ORDERED** that:

1. The deadline for Defendants Travis Hall, Terry Harris and Laura Bellasalma to filing a response Plaintiff's complaint, including but not limited to any defenses based on lack of service of process or insufficient service of process, is extended to February 24, 2012;

2. The deadline for the United States to serve initial disclosures pursuant to Rule 26 is extended to 10 days after the Court issues a ruling on the United States' motion to dismiss, DE 37.

DATED:  January 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Proposed Order