UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICAH GODFREY,<br><br>      Plaintiff,<br><br>  v.<br><br>TONY ROSS, CITY OF TULELAKE, DAN SILVA, SISKIYOU COUNTY, TRAVIS HALL, TERRY HARRIS, LAURA BELLASALMA, UNITED STATES OF AMERICA, ERIN MARTIN and ROSS MARKET,<br><br>      Defendants.<br>_____/ | NO. CIV. 2:11-2308 WBS EFB<br><br><u>ORDER RE: SISKIYOU COUNTY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND CITY OF TULELAKE'S MOTION TO DISMISS AND MOTION TO STRIKE THE FIRST AMENDED COMPLAINT</u> |

----oo0oo----

Plaintiff Micah Godfrey brought this action against defendants Tony Ross, City of Tulelake (the "City"), Dan Silva, Siskiyou County (the "County"), Travis Hall, Terry Harris, Laura Bellasalma, United States of America, Erin Martin, and Ross Market arising out of defendants' allegedly wrongful violation of plaintiff's Fourth, Fifth, and Fourteenth Amendment rights. Presently before the court are the County's motion to dismiss the First Amended Complaint ("FAC") pursuant to Federal Rule of Civil

1

1  Procedure 12(b), (Docket No. 35), and the City's motion to
2  dismiss the FAC pursuant to Rule 12(b) and motion to strike
3  paragraph six of the FAC, (Docket No. 39).
4          Plaintiff concedes that the FAC does not state a claim
5  against either the City or County.  (Concession to Cnty. of
6  Siskiyou's Mot. to Dismiss ("Cnty. Concession") at 3:3-5 (Docket
7  No. 44); Concession to City of Tulelake's Mot. to Dismiss ("City
8  Concession") at 3:9-12 (Docket No. 45).)  Plaintiff states that
9  the only reason the City and the County appear in the FAC is that
10 he inadvertently left references to them in paragraphs six and
11 eight of the FAC.  (Cnty. Concession at 3:7-9; City Concession at
12 3:14-15.)  Accordingly, the court will grant the City's and the
13 County's motions to dismiss.
14         Plaintiff also concedes that paragraph six should be
15 striken from the FAC because the City cannot be liable under 42
16 U.S.C. § 1983 for the acts of its employee, Tony Ross.  (City
17 Concession at 3:25-4:2.)  Accordingly, the court will grant the
18 City's motion to strike paragraph six of the FAC.
19         IT IS THEREFORE ORDERED that Siskiyou County's motion
20 to dismiss be, and the same hereby is, GRANTED WITH PREJUDICE;
21 the City of Tulelake's motion to dismiss be, and the same hereby
22 is, GRANTED WITH PREJUDICE; and the City of Tulelake's motion to
23 strike paragraph six of the FAC be, and the same hereby is,
24 GRANTED.
25 DATED:  January 30, 2012
26
27 _____
28         WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE