BENJAMIN B. WAGNER
United States Attorney
JASON S. EHRLINSPIEL
Assistant U.S. Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2743
Facsimile:   (916) 554-2900

Attorneys for Defendants,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH GODFREY, | Case No.: 11-cv-02308-WBS-EFB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| TONY ROSS, *et al.* | |
| Defendants. | |

Pursuant to the Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendants Tony Ross, Ross Market, Travis Hall, Terry Harris, and Laura Bellasalma hereby stipulate that the above-captioned action shall be dismissed without prejudice, and that each party shall bear their own costs and fees.

Plaintiff's counsel represents to the Court:

1. Micah Godfrey is no longer in contact with his attorney, Herman Franck, or Franck & Associates.
2. A federal warrant has been issued against Micah Godfrey, for absconding/failing to report [or related offenses].
3. Plaintiff Micah Godfrey suffers from psychiatric issues, including schizophrenia, bipolar disorder, and anxiety disorder.

Stip. For Dis.

4. Plaintiff's counsel does not know where plaintiff Micah Godfrey is, and has no way to reach him.

5. One of the elements of schizophrenia is paranoia. Plaintiff's counsel believe that plaintiff will eventually be found, and held to answer for his conduct, and at that point would appreciate the opportunity to reassert his claim.

6. Until that occurs, plaintiff is unable to participate in discovery, including sitting for his scheduled deposition, or responding to written discovery requests.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

Executed this day of March 27, 2012      /s/ Jason Ehrlinspiel
JASON EHRLINSPIEL
Assistant U.S. Attorney

Attorneys for Defendants,
TERRY HARRIS, TRAVIS HALL,
And LAURA BELLASALMA

Executed this day of March 27, 2012      /s/ Herman Franck
HERMAN FRANCK
ELIZABETH VOGEL

FRANCK & ASSOCIATES

Attorneys for Plaintiffs

Executed this day of March 27, 2012      /s/ Peter Urhausen
PETER URHAUSEN

GIBBONS & CONLEY

Attorneys for Defendant Tony Ross

Executed this day of March 27, 2012      /s/ David Wallis
DAVID WALLIS

LAW OFFICES OF DAVID WALLIS

Attorneys for Ross Market

Stip. For Dis.

**ORDER**

This action is hereby dismissed without prejudice, each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated: March 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. For Dis.